**RECEIVED**
BY: _____
APR 2 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER 01-50010-01 |
| VERSUS | JUDGE WALTER |
| JASON BYNUM | MAGISTRATE JUDGE HORNSBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the allegations listed in the Petition for Revocation filed this date by the U. S. Probation Office, the Court will order a psychiatric examination to determine the mental competency of the defendant under Title 18, United States Code, Section 4241. Accordingly,

**IT IS ORDERED** that pursuant to the provisions of Title 18, United States Code, Sections 4241 and 4247, the defendant, **JASON BYNUM**, who is currently in federal custody, shall be forthwith committed to the custody of the Attorney General for the purpose of any psychiatric examination at a suitable facility, the defendant to remain so committed until the psychiatric examination has been completed, but not to exceed thirty (30) days without further order of this Court, and thereafter be promptly returned to this Court for further proceedings. The Court recommends a designation to F.C.I. Springfield, Missouri, as defendant has been examined there on a previous occasion.

**IT IS HEREBY ORDERED** that the defendant be examined under the provisions of Title 18, United States Code, Section 4247 to determine the defendant's mental competency and for determination of whether the defendant poses a potential danger or threat to himself, the victims in this matter or the community at large.

**IT IS FURTHER ORDERED** that the original report be forwarded to the Court with copies to Assistant United States Attorney C. Mignonne Griffing, 300 Fannin Street, Suite 3201, Shreveport, Louisiana, 71101-3068, and to Mr. Gordon N. Blackman, Jr., Attorney for defendant, 400 Travis Street, Suite 1801, Shreveport, Louisiana, 71101-3196.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this the 26TH day of April, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE