MAY - 1 2006

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VS.

*Jason Bynum*

CASE NO. 01CR50010

JUDGE Walter

MAGISTRATE JUDGE METHVIN

## ORDER OF DETENTION PENDING REVOCATION HEARING

In accordance with FED. R.CR.P. 32.1, the release of a person arrested for a violation of probation or supervised release is governed by 18 U.S.C. §3143(a), that portion of the Bail Reform Act which governs release of convicted persons pending sentence or appeal.

Under the applicable law, a person arrested for a violation of probation or supervised release must be detained unless the court finds by "clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released." § 3143 (a) and (b)(1)(A). Furthermore, "[t]he burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the person." Rule 32.1(a)(6).

7

### Findings and Conclusions

☑ The charging document was filed on __4-25-2006__, alleging __2__ counts of violations of (supervised release) (~~probation~~).

☐ At the preliminary hearing held on _____, the government established probable cause to hold defendant for a revocation hearing on the following counts:_____.

☑ Defendant waived a preliminary hearing on __5-1-2006__.

☑ A detention hearing was (~~held~~) (waived) on __5-1-2006__.

☑ The defendant failed to show by clear and convincing evidence that the defendant is not likely to flee if released.

☑ The defendant failed to show by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community

☑ Written statement of reasons for detention:

Upon the filing of the petition for revocation, the district judge ordered a mental competency evaluation on April 24, 2006. Defendant waived his right to a detention hearing and a preliminary hearing pending completion of the mental competency evaluation. Defendant's witnesses as to bail also reside in the Shreveport area, where these revocation proceedings are pending.

**Directions Regarding Detention**

IT IS ORDERED that the defendant is committed to the custody of the Attorney General

or his designated representative for confinement in a corrections facility pending a revocation

hearing ~~on~~ To be set after mental competency evaluation. The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel. On order of a court of the United

States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance

in connection with a court proceeding.

Signed at Lafayette, Louisiana on _May 1, 2006_.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)