RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___8__,__15__,__06___
BY _____OM_____

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA

v.

JASON BYNUM
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:01-50010-01

USM Number:09759-035

Gordon N. Blackman, Jr.
Defendant's Attorney

## THE DEFENDANT:

[✓]    admitted guilt to the allegations listed in the Petition for Warrant filed by the Probation Officer on April 26, 2006. The Court finds that in accordance with the U.S. Sentencing Commission Guidelines Manual, the defendant has committed a number of Grade C violations of his supervised release. Accordingly, the supervised release ordered on October 11, 2001 is hereby revoked.

The defendant is sentenced as provided on page _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE    8/15/06
        OM
        USM →3 copy
        USP

July 26, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

DONALD E. WALTER, United States District Judge
Name & Title of Judicial Officer

8/7/06
Date

DEFENDANT:      JASON BYNUM
CASE NUMBER:    01-50010-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 1 year and 1 day .

[✓]   The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the Bureau of Prisons screen defendant for placement in an anger management treatment program.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___  [] a.m.   [] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL


By  _____
DEPUTY UNITED STATES  MARSHAL